IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RE: BEN LYLE BRAZZEL　　　　　　　　CASE. NO. 4:18-bk-71706
　　　Debtor　　　　　　　　　　　　　　　　　Chapter 13

## NOTICE OF OPPORTUNITY TO OBJECT

You are hereby notified that the Trustee has filed the attached objection to claim. Any objections must be filed with the Bankruptcy Court at 300 West 2nd St., Little Rock, Arkansas 72201 in writing within 30 days from the date of this notice, with copies to the attorney for debtor.

If objections are filed, they will be set for hearing by subsequent notice. If no objections are received, the Court will enter an order sustaining the objection and granting the relief sought in the objection.

Date: **8/16/18**

　　　　　　　　　　　　　　　　　　　　　/s/ Jack W. Gooding
　　　　　　　　　　　　　　　　　　　　　Jack W. Gooding, Trustee
　　　　　　　　　　　　　　　　　　　　　P.O. Box 8202
　　　　　　　　　　　　　　　　　　　　　Little Rock, AR 72221
　　　    　　　　　　　　　　　　　　　　501-537-4400

## CERTIFICATE OF MAILING

I, Jack W. Gooding, do hereby certify that a true and correct copy of the foregoing document has been mailed this 16th day of August 2018 via First Class Mail United States Postal Service to Karen Brazze., .55 Hempstead 11, Hope, AR 71801; to Ben Brazzel, PO Box 645, Hope, AR 71802 and electronically via ECF to Montgomery Law Firm, PLLC, Attorney for Debtor.

　　　　　　　　　　　　　　　　　　　　　/s/ Jack W. Gooding
　　　　　　　　　　　　　　　　　　　　　Jack W. Gooding

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RE: BEN LYLE BRAZZEL        CASE. NO. 4:18-bk-71706
Debtor                       Chapter 13

### TRUSTEE'S OBJECTION TO ALLOWANCE OF CLAIM
*(Court Claim no. 7-1; Trustee Claim no. 29)*

Comes now Jack W. Gooding, Chapter 13 Standing Trustee in the above case, and objects to the allowance of the claim filed herein by Karen Brazzel for Diamond State Bank on August 3, 2018, and in support thereof states as follows:

1. The proof of claim filed herein by Karen Brazzel for Diamond State Bank does not appear to represent a valid claim, inasmuch as Karen Brazzel has no authority to represent Diamond State Bank.

WHEREFORE, the standing Chapter 13 Trustee prays that this Honorable court disallow the proof of claim filed herein on behalf of Karen Brazzel for Diamond State Bank in its entirety and that it grant further and other relief as may be equitable and just.

Respectfully submitted,

Dated 8/16/18

/s/ Jack W. Gooding
Jack W. Gooding
Chapter 13 Standing Trustee
P.O. Box 8202
Little Rock, AR 72221
(501) 537-4400