4 messages

**karen brazzel** <karen_76brazzel@yahoo.com>  
To: Mom <Sm122357@gmail.com>

Tue, Oct 2, 2018 at 8:53 AM

United States Bankruptcy Court, Western District of Arkansas Texarkana division

Debitor Ben Brazzel case number 418-BK-71706

Creditor Karen Brazzel

Objection to confirmation of amended plan

Object to debitor surrendering 2016 Jeep Wrangler

The debitor has a Domestic support obligation in the circuit court of Hempstead County Arkansas domestic relations division 29DR – 2117–2 3–1

Creditors income has not changed since the date of this domestics support order was signed by the this would put creditor in a financial hardship, my circumstances have not changed since debitor signed DSO.

Creditor relies on this vehicle for work

Debitor's income sense the domestic support obligation has almost doubled per amended confirmation of plan

I'm asking court to keep said vehicle in the debit or's confirmation of plan and continue to make payments Per domestics support order So debitor can also continue to pay for his other domestic support obligations such as full coverage insurance as ordered in domestic court

Debitor wants to keep two assets a Rolex and a vehicle Dodge journey debitor should surrender and sell these two assets Which debitor purchased after his domestic support obligation was signed to comply with his domestic support obligations In signed order

FILED  
U.S. BANKRUPTCY COURT  
EASTERN & WESTERN DISTRICTS  
OF ARKANSAS  
10-3-18  
JEAN ROLFS, CLERK  
By: annette robinson  
Deputy Clerk

RECEIVED  
U.S. BANKRUPTCY COURT  
EAST & WEST DISTS OF AR  
OCT -3 2018  
JEAN ROLFS, CLERK by_____

Thank you,  
Karen Brazzel  
455 Hempstead 1.1  
Hope, AR 71801  
870-826-0877



Less I don't forget your payments will be made agreement will be fulfilled but a year from now I won't be obligated but for jeep

I don't believe ya

Ben August

I don't believe ya

I swear on everything

No money deposited no more support

Nothing you will be on your own done except for jeep

Ben July



Ben August

my printer did not print dates, but will have phone @ court with date + times. and full conversations.



Really Karen I wish you the Best I have a good heart with intentions I wana do what's right but please

There's no really to it

I'm gonna do what's right which is meet my obligation in the decree

And just so know

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS™

FASTEST SERVICE IN THE U.S.

SHIPPED INTERNATIONALLY, CUSTOMS DECLARATION MAY BE REQUIRED.



2013 OD: 12.5 x 9.5

001000006

PRESS FIRMLY TO SEAL

PRESCOTT, AR
71857
$24.70
R2305E126029-03

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )

Vincent Barron
455 Henry Street
Hope, AR 71801

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Bankruptcy Clerks Office
300 W. 2nd St.
Lil Rock, AR 72201

ZIP + 4® (U.S. ADDRESSES ONLY)
72201-

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 Insurance Included.

EL936559555US

EL936559555US

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage
71857 | 10/3/18 | $ 24.70
Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee
10/2/18 | ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON | $ | $
Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $
Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 24.70
Weight  ☑ Flat Rate  lbs.  ozs. | Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   3-ADDRESSEE COPY

  

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.